IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 10-732-1 |
| v. | : | |
| | : | CIVIL ACTION |
| CARLO DANIEL CASTRO | : | NO. 15-4243 |

ORDER

AND NOW, this 21st day of July, 2016, after an evidentiary hearing and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Carlo Daniel Castro to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. # 169) is DENIED; and

(2) no certificate of appealability is issued.

BY THE COURT:


/s/ Harvey Bartle III
                                                                      J.